UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRUSTEES OF THE NORTHERN NEVADA OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) | CASE NO. 3:08-cv-578-LRH(RAM) |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| MACH 4 CONSTRUCTION, LLC, et al. | ) ) | |
| Defendants. | ) ) | |

```
___✓ FILED              ____ RECEIVED
___ ENTERED             ____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

            SEP  1 5  2010

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
 BY: _____ DEPUTY
```

This case is currently scheduled for trial on the stacked calendar of __May 10__, 2011.

IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr. for the purpose of conducting a settlement conference.

DATED this __15__ day of __September__, 2010.

LARRY R. HICKS
U.S. DISTRICT JUDGE