```
                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA

                                 * * *
```

TRUSTEES of the NORTHERN NEVADA             )
OPERATING ENGINEERS HEALTH &                )
WELFARE TRUST FUND, et al.,                 )    3:08-CV-0578-LRH-WGC
                                            )    3:09-CV-0565-LRH-WGC
            Plaintiffs,                     )
                                            )
    v.                                      )    ORDER
                                            )
MACH 4 CONSTRUCTION, et al.,                )
                                            )
            Defendants.                     )

Before the court is defendants' motion to strike plaintiffs' post-trial reply brief (Doc. #154). Doc. #155.[1]

Pursuant to Fed. R. Civ. P. 12(f), a court may strike any pleading for redundant, immaterial, impertinent, or scandalous material. Here, defendants contend that the court should strike plaintiffs' reply brief because it was filed 4 ½ minutes past the filing deadline. *See* Doc. #154.

The court finds that plaintiffs' late filing was due to excusable neglect. Further, defendants have failed to show that they were prejudiced by a 4 ½ minute delay in the filing of the reply brief. Therefore, the court shall deny the motion to strike.

///

---

[1] Refers to the court's docket number.

1   IT IS THEREFORE ORDERED that defendants' motion to strike (Doc. #155) is DENIED.

2   IT IS SO ORDERED.

3   DATED this 20th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2