UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

MACH 4 CONSTRUCTION, et al.,

Defendants.

3:08-CV-0578-LRH-WGC
3:09-CV-0565-LRH-WGC

ORDER

Before the court is defendants' motion to strike plaintiffs' post-trial reply brief (Doc. #154). Doc. #155.[1]

Pursuant to Fed. R. Civ. P. 12(f), a court may strike any pleading for redundant, immaterial, impertinent, or scandalous material. Here, defendants contend that the court should strike plaintiffs' reply brief because it was filed 4 ½ minutes past the filing deadline. *See* Doc. #154.

The court finds that plaintiffs' late filing was due to excusable neglect. Further, defendants have failed to show that they were prejudiced by a 4 ½ minute delay in the filing of the reply brief. Therefore, the court shall deny the motion to strike.

///

---

[1] Refers to the court's docket number.

1  IT IS THEREFORE ORDERED that defendants' motion to strike (Doc. #155) is DENIED.

2  IT IS SO ORDERED.

3  DATED this 20th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE