AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

TRUSTEES of the NORTHERN NEVADA
OPERATING ENGINEERS HEALTH AND
WELFARE TRUST FUND, et al.,

      Plaintiff,             JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER:   **3:08-CV-00578-LRH-RAM**

MACH 4 CONTRUCTION, LLC, et al.,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Trustees on their first and fourth claims for delinquent fringe benefit contributions and for the personal liability of the Millers, respectively. Trustees are hereby awarded $7,547.16 in delinquent contributions, plus interest at 12% per year, plus interest at 12% per year in lieu of liquidated damages. Trustees are also awarded reasonable audit and attorney's fees to be determined upon post-verdict application.
    **IT IS FURTHER ORDERED** that judgment is entered in favor of Mach 4 and the Millers on Trustees' second and third claims for a compelled audit and for the compelled filing of contribution reports.
    **IT IS FURTHER ORDERED** that judgment is entered in favor of Mach 4 on Local 3's counterclaims for breach of contract and declaratory judgment.

   March 25, 2013                                                **LANCE S. WILSON**
                                                                              Clerk

                                                                              D. R. Morgan
                                                                             Deputy Clerk