UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND, et. al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MACH 4 CONSTRUCTION, et. al.,<br><br>    Defendants.<br>_____/<br>AND RELATED MATTERS<br>_____/ | Case No. 3:08cv-00578-LRH-WGC (Base)<br>Case No. 3:09-cv-00565-LRH-WGC<br><br>STIPULATION ENLARGING TIME WITHIN WHICH DEFENDANTS HAVE TO OPPOSE PLAINTIFF'S MOTION FOR AUDIT AND ATTORNEYS' FEES (Docket 170) (Second Request) |

The parties through their undersigned counsel of record hereby stipulate and agree that the time in which Defendants shall have to file their opposition to Plaintiff's Motion for Audit and Attorneys' Fees (Docket 170) may and should be enlarged for a period of four days from

///

///

///

///

///

1

June 17, 2013 to and including June 21, 2013.

    This is the second request for extension of time and is not for the purposes of delay.

DATED June 17, 2013

| LAW OFFICE OF | JENKINS & CARTER |
|---|---|
| JEFFREY A. DICKERSON | |
| | |
| /S/_____ | ____/S/_____ |
| JEFFREY A. DICKERSON | JERRY C. CARTER |
| Counsel for Defendant | Counsel for Plaintiff |

<u>ORDER</u>

IT IS SO ORDERED.

DATED this 18th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2